IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00813-WYD-MEH

DOUGLAS STOOKS,

    Plaintiff,

v.

BANK OF AMERICA, N.A., a National Banking Association,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 29, 2013.**

    Plaintiff's Uncontested Motion for Leave to Amend Complaint [filed July 25, 2013; docket #14] is **granted** as justice so requires. The Clerk of the Court is directed to enter Plaintiff's Amended Complaint [docket #14-1] as filed. Defendant shall respond to the Amended Complaint in accordance with Fed. R. Civ. P. 15(a)(3).