IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00813-WYD-MEH

DOUGLAS STOOKS,

    Plaintiff,

v.

FIA CARD SERVICES, N.A.,
    A National Banking Association,

    Defendant.

---

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulated Dismissal With Prejudice filed September 17, 2013.  After a careful review of the Stipulation and the file, it is

ORDERED that the Stipulated Dismissal with Prejudice (ECF No. 20) is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, with each party to pay his or its own attorney fees and costs.

    Dated:  September 17, 2013

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  Senior United States District Judge